No. 885.  FRANK A. BONE, PETITIONER, *v.* COMMIS-SIONER OF MARION COUNTY.  March 11, 1918.  Petition for a writ of certiorari to the United States Circuit Court

246 U. S. Decisions on Petitions for Writs of Certiorari.

of Appeals for the Seventh Circuit granted. *Mr. Clarence E. Mehlhope* and *Mr. Arthur H. Ewald* for petitioner. *Mr. V. H. Lockwood* for respondent.